IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCOTT CAMPBELL and MELANIE CAMPBELL,<br><br>  Plaintiffs,<br>vs.<br><br>RAVIN CROSSBOWS, LLC,<br>VELOCITY OUTDOOR, INC.,<br>COMPASS GROUP DIVERSIFIED HOLDINGS LLC,<br>JOHN DOES 1-10, and<br>ABC CORPORATIONS 1-10,<br><br>  Defendants. | CIVIL ACTION NO.<br><br>Superior Court of New Jersey<br>Law Division: County of Mercer<br>Docket No. L-000410-23 |

## NOTICE OF REMOVAL

TO:   THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT
      FOR THE DISTRICT OF NEW JERSEY

PLEASE TAKE NOTICE that Defendants RAVIN CROSSBOWS, LLC, VELOCITY OUTDOOR, INC. and COMPASS GROUP DIVERSIFIED HOLDINGS LLC, by filing this Notice of Removal and related papers removes this action from the Superior Court of New Jersey, Law Division: County of Mercer, to the United States District Court for the District of New Jersey pursuant to 28 USC §1332, 1441 and 1446.  The grounds for this removal are as follows:

## BACKGROUND

1.   This action was commenced on March 1, 2023, by the filing of Plaintiffs' Product Liability Complaint, Designation of Trial Attorney & Demand for Trial by Jury in the Superior Court of New Jersey, Law Division: County of Mercer.  This civil action involves allegations of product liability.

2.   Compass Group Diversified Holdings LLC was served through its agent for service of process on March 7, 2023 and this Notice is filed within 30 days after service of the State Court

Summons and Complaint.  Removal is proper to the United States District Court for the District of New Jersey under 28 USC §124(c)(2) and 1441(a) because this district embraces the place in which the removed action has been pending.

3. Ravin Crossbows, LLC was served through its agent for service of process on March 9, 2023 and this Notice is filed within 30 days after service of the State Court Summons and Complaint.  Removal is proper to the United States District Court for the District of New Jersey under 28 USC §124(c)(2) and 1441(a) because this district embraces the place in which the removed action has been pending.

4. Velocity Outdoor, Inc. was served through its agent for service of process on March 9, 2023 and this Notice is filed within 30 days after service of the State Court Summons and Complaint.  Removal is proper to the United States District Court for the District of New Jersey under 28 USC §124(c)(2) and 1441(a) because this district embraces the place in which the removed action has been pending.

5. Pursuant to 28 USC §1446(d) a Notice of Filing Notice of Removal will be filed with the Clerk of the Superior Court of New Jersey, Law Division: County of Mercer.

6. Attached as **Exhibit A** are all pleadings that have been filed in the State Court action.

## REMOVAL IS PROPER BASED UPON DIVERSITY JURISDICTION

7. Jurisdiction in this cause is proper in the United States District Court pursuant to the provisions of 28 USC §1332 based upon diversity of citizenship.

### A. The Plaintiff

8. According to the Product Liability Complaint, Plaintiffs, Scott Campbell and Melanie Campbell are residents of the Township of Pittman, County of Gloucester, State of New Jersey.  Plaintiffs are therefore citizens of New Jersey.

### B. The Removing Defendants

9. Defendant Ravin Crossbows, LLC is a single-member limited liability company. Ravin Crossbows, LLC's sole member is Velocity Outdoor, Inc., a Delaware corporation with its principal place of business in New York. Defendant Ravin Crossbows, LLC is therefore a citizen of Delaware and New York.

10. Defendant Velocity Outdoor, Inc. is a Delaware corporation with its principal place of business in New York. Defendant Velocity Outdoor, Inc. is therefore a citizen of Delaware and New York.

11. Defendant Compass Group Diversified Holdings LLC is an improperly joined Defendant since at no time was Compass Group Diversified Holdings LLC involved in the manufacture, design, distribution or sale of any crossbows or any Ravin products and therefore its citizenship should be disregarded for diversity jurisdiction purposes. *See: In re Briscoe*, 448 F.3d 201, 216 (3d Cir. 2006).

### GROUNDS FOR REMOVAL

12. This action is being removed pursuant to 28 USC §1441 *et seq*. This action could have originally been brought in this Court pursuant to 28 USC §1332.

13. This Notice of Removal is timely filed because it is submitted within 30 days of the date any Defendant was first served with, received a copy of, or otherwise received notice of the Summons and Complaint in this civil action. 28 USC §1446(b).

14. This Court embraces the county in which the State Court action was filed, thus venue is proper in this Court.

15. This is a product liability action wherein Plaintiffs allege that a Ravin model R10 Crossbow was defectively manufactured and designed, and had defective warnings and instructions for use.

16. Plaintiffs' Complaint, in paragraph 5, alleges that "On or about November 9, 2022, Plaintiff, Scott Campbell, was lawfully hunting with his Ravin R10 crossbow at Glassboro/Clayton CC State Woods in Clayton, New Jersey, when the crossbow broke and/or malfunctioned, causing Plaintiff to sustain serious and permanent bodily injury."

17. Plaintiffs' Complaint, in paragraph 10, further alleges that "Plaintiff, Scott Campbell, sustained serious and permanent injuries, including, but not limited to, injuries to his face, left wrist, arms, legs, and upper neck/back, facial lacerations requiring stitches, a left wrist fracture requiring surgical repair, pain and suffering, loss of life pleasures, emotional distress, medical costs and loss of income."

18. Plaintiff's Complaint, in paragraph 22, further alleges that "As a result of the incident described herein, Plaintiff, Melanie Campbell, has suffered the loss of earnings, society, consortium and services of her husband, Plaintiff, Scott Campbell, to which she is legally entitled."

19. Research of jury verdicts and settlements in cases with injuries similar to what is alleged by Plaintiffs demonstrates that the amount in controversy in such cases exceeds the jurisdictional limit for diversity jurisdiction. For examples of such cases, please see attached as **Exhibit B**, wrist fracture with surgery case verdicts and settlement research.

20. Because this dispute is among citizens of different states and the amount in controversy exceeds $75,000, both the amount in controversy and the diversity of citizenship requirements set forth in 28 USC §1332 have been met and jurisdiction is therefore proper in this Court.

21. Pursuant to 28 USC §1446, a Notice of Filing Notice of Removal will be filed with the Clerk of the Superior Court of New Jersey, Law Division: County of Mercer, and will be served upon the Plaintiffs. A true and complete copy of the written Notice of Filing Notice of Removal is

attached herein as **Exhibit C** and incorporated herein by reference.  Plaintiffs are hereby notified to proceed no further in the State Court.

WHEREFORE, Defendants Ravin Crossbows, LLC, Velocity Outdoor, Inc. and Compass Group Diversified Holdings LLC respectfully request that this action to be removed to this Court and further request that this Court assume full jurisdiction over this case as provided by law.

Dated:  April  3, 2023.

                    CLARK HILL PLC

                    */s/ Vanessa M. Kelly*
                    VANESSA M. KELLY
                    NJ ID No.:  034041988
                    210 Carnegie Center Drive, Suite 102
                    Princeton, New Jersey  08540
                    Telephone:  (609) 785-2926
                    vkelly@clarkhill.com
                    *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court this 3rd day of April, 2023 via the CM/ECF system and also served the foregoing by regular mail and email to:

Christopher J. Culleton
SWARTZ CULLETON PC
547 E. Washington Avenue
Newtown, PA 18940
(215) 550-6553
cculleton@swartzculleton.com
*Attorneys for Plaintiffs*

                    CLARK HILL PLC

                    */s/ Vanessa M. Kelly*
                    VANESSA M. KELLY